DOUGLASS A. MITCHELL, ESQ.
Nevada Bar No. 3775
BOIES, SCHILLER & FLEXNER
300 S. Fourth St., Suite 800
Las Vegas, Nevada 89101
Telephone: (702) 382-7300
Attorney for Defendant
  Eve Mazzarella

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-0064-RLH-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EVE MAZZARELLA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION TO ASSOCIATE CO-COUNSEL ON BEHALF OF EVE MAZZARELLA**

Eve Mazzarella, by and through her attorney, Douglass A. Mitchell, asks the Court for permission to associate e. robert wallach as additional counsel on her behalf during trial. This motion is based on the following.

**POINTS AND AUTHORITIES**

The Government's Second Superseding Indictment charges Eve Mazzarella with one count of Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud, in violation of 18 U.S.C. § 1349; six counts of Bank Fraud, in violation of 18 U.S.C. § 1344; five counts of Mail Fraud, in violation of 18 U.S.C. § 1341; and two counts of Wire Fraud, in violation of 18 U.S.C. § 1343. The Government alleges that the scope of

the conspiracy covered approximately two hundred twenty-seven real estate properties with an aggregate value in excess of $107,000,000.  *Second Superseding Indictment*, ¶ 10.  On September 28, 2011, the Government identified sixty-eight potential witnesses on its Witness List and more than one hundred sixty-one pages of exhibits on its Exhibit List.  Trial is scheduled to begin on October 11, 2011, and is expected to last approximately six weeks.

Ms. Mazzarella asks the Court for permission to associate e. robert wallach as co-counsel with Douglass A. Mitchell.  Mr. wallach is an attorney, licensed to practice law in the State of California since 1959.  He has been advised that trial is scheduled to begin on October 11, 2011 and that the trial is anticipated to last approximately six weeks.  Mr. wallach has indicated that he is prepared to begin trial on October 11, 2011 and is further committed to be present for the entire trial.  A Verified Petition for Permission to Practice in this Case Only has been filed on behalf of Mr. wallach concurrently with this Motion.

Ms. Mazzarella is not asking the Court to continue the trial, but is, instead, only seeking permission for Mr. wallach to participate in the trial as co-counsel with Mr. Mitchell.  Accordingly, Ms. Mazzarella asks the Court to grant her motion to associate e.

robert wallach as co-counsel with Mr. Mitchell and to permit them to jointly represent her during trial.

DATED this 6th day of October, 2011.

>BOIES, SCHILLER & FLEXNER
>
>By: /s/ Douglass A. Mitchell
>    DOUGLASS A. MITCHELL, ESQ.
>    300 S. Fourth St., Suite 800
>    Las Vegas, Nevada 89101
>    Attorneys for Defendant
>    Eve Mazzarella

## ORDER

IT IS SO ORDERED,
this 11th day of October, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE