DOUGLASS A. MITCHELL, ESQ.
Nevada Bar No. 3775
BOIES, SCHILLER & FLEXNER
300 S. Fourth St., Suite 800
Las Vegas, Nevada 89101
Telephone: (702) 382-7300
Attorney for Defendant
  Eve Mazzarella

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-0064-RLH-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EVE MAZZARELLA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER RE:**
**LIMITED WAIVER OF ATTORNEY-CLIENT PRIVILEGE BETWEEN**
**EVE MAZZARELLA AND THE LAW FIRM OF SYLVERSTER & POLEDNAK**

This matter has come before the Court during the trial of *United States v. Steven Grimm, et al.*, Case No. 2:08-cr-0064-RLH-GWF. After reviewing the Affidavit of Counsel for Defendant Eve Mazzarella ("Affidavit"), the Court finds that an attorney-client privilege exists between Eve Mazzarella and the law firm of Sylvester & Polednak, including attorneys Donald T. Polednak and Jeffrey Sylvester. Based on the representations of counsel in the Affidavit, and good cause appearing therefor,

IT IS HEREBY ORDERED that Ms. Mazzarella has knowingly and voluntarily waived made a limited waiver of her attorney-client privilege with only the law firm of

1

Sylvester & Polednak and attorneys Donald T. Polednak and Jeffrey Sylvester relating to (1) documents identified as Bates Numbers SP000001 to SP011805 from the legal files of Sylvester & Polednak and (2) testimony by either Donald T. Polednak or Jeffrey R. Sylvester concerning their representation of her in connection with all real estate, mortgage, property management, or limited liability company matters.

DATED this 14TH day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE