DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-00064-RLH-GWF |
| PLAINTIFF, | UNITED STATES' MOTION TO DISMISS COUNTS TEN AND FOURTEEN OF THE SUPERSEDING INDICTMENT RETURNED FEBRUARY 16, 2011, AS TO DEFENDANT EVE MAZZARELLA |
| VS. | |
| EVE E. MAZZARELLA, | |
| DEFENDANT. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, Brian Pugh and Sarah E. Griswold, Assistant United States Attorneys, moves to dismiss Counts Ten and Fourteeen of the Superseding Indictment returned February 16, 2011, but only as to defendant Eve Mazzarella.

Respectfully submitted this 8th day of December 2011.

DANIEL G. BOGDEN
United States Attorney

/s/ Sarah E. Griswold

**IT IS SO ORDERED.**

BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneya

_____
UNITED STATES DISTRICT JUDGE

**DATED: December 13, 2011**