UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff(s), ) | |
| vs. ) | 2:08-cr-64-RLH-GWF |
| STEVEN W. GRIMM, ) EVE E. MAZZARELLA, ) MELISSA R. BEECROFT, ) | |
| Defendant(s). ) | |

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court for December 14 and 15, 2011.

DATED this 15th day of December, 2011.

ROGER L. HUNT
U. S. DISTRICT JUDGE