```
      FILED          RECEIVED
      ENTERED        SERVED ON
                     COUNSEL/PARTIES OF RECORD

            DEC 15 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
      BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>    Plaintiff,  )<br>            )<br>    vs.  )<br>            )<br>STEVEN W. GRIMM,  )<br>EVE E. MAZZARELLA, and  )<br>MELISSA R. BEECROFT,  )<br>    Defendants.  )<br>_____ ) | 2:08-cr-00064-RLH-GWF |

### VERDICT

We, the jury in the above entitled case, upon our oaths, do say:

**COUNT ONE**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count One** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count One** of the Superseding Indictment herein.

3. That we find the defendant, MELISSA E. BEECROFT, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count One** of the Superseding Indictment herein.

**COUNT TWO**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Two** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Two** of the Superseding Indictment herein.

**COUNT THREE**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Three** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Three** of the Superseding Indictment herein.

**COUNT FOUR**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Four** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Four** of the Superseding Indictment herein.

////
////
////
////
////

**COUNT FIVE**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Five** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Five** of the Superseding Indictment herein.

**COUNT SIX**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Six** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Six** of the Superseding Indictment herein.

**COUNT SEVEN**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Seven** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Seven** of the Superseding Indictment herein.

///

///

///

///

///

**COUNT EIGHT**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Eight** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Eight** of the Superseding Indictment herein.

**COUNT NINE**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Nine** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Nine** of the Superseding Indictment herein.

**COUNT TEN**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Ten** of the Superseding Indictment herein.

2. That we find the defendant, MELISSA E. BEECROFT, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Ten** of the Superseding Indictment herein.

///

///

///

///

///

**COUNT ELEVEN**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Eleven** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Eleven** of the Superseding Indictment herein.

3. That we find the defendant, MELISSA E. BEECROFT, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Eleven** of the Superseding Indictment herein.

**COUNT TWELVE**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Twelve** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Twelve** of the Superseding Indictment herein.

**COUNT THIRTEEN**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Thirteen** of the Superseding Indictment herein.

2. That we find the defendant, EVE E. MAZZARELLA, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Thirteen** of the Superseding Indictment herein.

3. That we find the defendant, MELISSA E. BEECROFT, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Thirteen** of the Superseding Indictment herein.

**COUNT FOURTEEN**

1. That we find the defendant, STEVEN W. GRIMM, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Fourteen** of the Superseding Indictment herein.

2. That we find the defendant, MELISSA E. BEECROFT, __Guilty__ of the
(Not Guilty-Guilty)

offense charged in **Count Fourteen** of the Superseding Indictment herein.

Dated this __15th__ day of __December__, 2011.

_____
Presiding Juror