FILED
MAR 23 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
     v.                   )      2:08-CR-0064-RLH (GWF)
                          )
EVE E. MAZZARELLA,        )
                          )
            Defendant.    )

## ORDER OF FORFEITURE

This Court found on February 7, 2012, that EVE E. MAZZARELLA shall pay a criminal forfeiture money judgment of the following:

| | | |
|---|---|---|
| Count One | Forfeiture Allegations One and Two | $107,000,000.00 in United States Currency |
| Count Two | Forfeiture Allegations Three and Four | $590,000.00 in United States Currency |
| Count Three | Forfeiture Allegations Five and Six | $268,000.00 in United States Currency |
| Count Four | Forfeiture Allegations Seven and Eight | $510,000.00 in United States Currency |
| Count Five | Forfeiture Allegations Nine and Ten | $485,000.00 in United States Currency |
| Count Six | Forfeiture Allegations Eleven and Twelve | $520,000.00 in United States Currency |
| Count Seven | Forfeiture Allegations Thirteen and Fourteen | $295,000.00 in United States Currency |
| Count Eight | Forfeiture Allegations Fifteen and Sixteen | $319,900.00 in United States Currency |

| | | | |
|---|---|---|---|
| 1 | Count Nine | Forfeiture Allegations Seventeen and Eighteen | $419,000.00 in United States Currency |
| 2 | | | |
| 3 | Count Eleven | Forfeiture Allegations Twenty-One and Twenty-Two | $305,000.00 in United States Currency |
| 4 | Count Twelve | Forfeiture Allegations Twenty-Three and Twenty-Four | $315,000.00 in United States Currency |
| 5 | | | |
| 6 | Count Thirteen | Forfeiture Allegations Twenty-Five and Twenty-Six | $325,000.00 in United States Currency |

to the United States of American, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2);Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Docket #388.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EVE E. MAZZARELLA a criminal forfeiture money judgment of the following:

| | | | |
|---|---|---|---|
| Count One | Forfeiture Allegations One and Two | $107,000,000.00 in United States Currency |
| Count Two | Forfeiture Allegations Three and Four | $590,000.00 in United States Currency |
| Count Three | Forfeiture Allegations Five and Six | $268,000.00 in United States Currency |
| Count Four | Forfeiture Allegations Seven and Eight | $510,000.00 in United States Currency |
| Count Five | Forfeiture Allegations Nine and Ten | $485,000.00 in United States Currency |
| Count Six | Forfeiture Allegations Eleven and Twelve | $520,000.00 in United States Currency |
| Count Seven | Forfeiture Allegations Thirteen and Fourteen | $295,000.00 in United States Currency |
| Count Eight | Forfeiture Allegations Fifteen and Sixteen | $319,900.00 in United States Currency |
| Count Nine | Forfeiture Allegations Seventeen and Eighteen | $419,000.00 in United States Currency |

| | | |
|---|---|---|
| Count Eleven | Forfeiture Allegations Twenty-One and Twenty-Two | $305,000.00 in United States Currency |
| Count Twelve | Forfeiture Allegations Twenty-Three and Twenty-Four | $315,000.00 in United States Currency |
| Count Thirteen | Forfeiture Allegations Twenty-Five and Twenty-Six | $325,000.00 in United States Currency |

pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 23 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE