# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>STEVEN GRIMM, et al.,<br><br>Defendant(s). | Case No. 2:08-CR-64 JCM (GWF)<br><br>**ORDER** |

Presently before the court is the case of The United States of America v. Steven Grimm, case no. 2:08-cr-00064-JCM-GWF.

On January 7, 2016, this court ordered defendant Eve Mazzarella, who had previously been released from custody pending appeal, to self-surrender to the Bureau of Prisons facility from which she was released before 2:00 P.M. on Thursday, January 14, 2016. (Doc. # 665). On January 13, 2016, Ms. Mazzarella filed a motion in the United States Court of Appeals for the Ninth Circuit for bail pending a renewed appeal. (*See* doc. # 667). Defendant indicated that she would not self-surrender on January 14, 2016, based on the motion pending before the Ninth Circuit. On February 5, 2016, the Ninth Circuit entered an order denying Ms. Mazzarella's motion for bail pending appeal. (Doc. # 674).

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     Accordingly,

2     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Eve Mazzarella shall self-surrender **before 2:00 P.M.** on **Wednesday, February 10, 2016,** to the Bureau of Prisons facility from which she was released.

    DATED February 5, 2016.

                                                /s/ James C. Mahan
                                              UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**