UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-64 JCM (GWF) |
| Plaintiff(s), | **ORDER** |
| v. | |
| STEVEN GRIMM, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Grimm et al*, case no. 2:08-cr-00064-JCM-GWF. Petitioner Eve Mazzarella filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (ECF No. 700). Briefing shall proceed as follows: respondent has twenty-one days from the date of this order to file a response. Thereafter, petitioner has fourteen days to file a reply.

Accordingly,

IT IS ORDERED that respondent file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 700) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

DATED October 24, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**