UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-64 JCM (GWF) |
|---|---|
| Plaintiff(s), | **AMENDED ORDER** |
| v. | |
| STEVEN GRIMM, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Grimm et al*, case number 2:08-cr-0064-JCM-GWF.

On September 28, 2018, petitioner Eve Mazzarella filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 700). The government has not filed a response.

Briefing shall proceed as follows: the government has fourteen (14) days from the date of this order to file a response. Thereafter, petitioner has seven (7) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the government shall file a response to petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (ECF No. 700) no later than fourteen (14) days from the date of this order. Petitioner shall file a reply within seven (7) days thereafter.

DATED November 13, 2018.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**