UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00064-JCM-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STEVEN GRIMM, *et al.*, | |
| Defendants. | |

Presently before the court is the matter of *United States of America v. Grimm et al*, case number 2:08-cr-00064-JCM-GWF.

On July 5, 2017, the Ninth Circuit issued a memorandum order that, in relevant part, reversed the orders of forfeiture as to Steven Grimm and Eve Mazzarella. (ECF No. 680).

On January 8, 2018, the court ordered the parties to file a joint status report that included a proposed schedule on remand. (ECF No. 689). On February 6, 2018, the court adopted the proposed schedule on remand that was submitted by the parties. (ECF No. 691). The schedule provided:

> In August, 2018, - or before if the AUSA can process the evidence quickly enough, - the AUSA and counsel for each defendant will attempt to settle the *Honeycutt* issue and the Eighth Amendment issue, if needed. If the AUSA cannot meet the August, 2018 schedule because more time is needed to review and to organize the evidence, the government will request an extension of time.

(ECF No. 691 at 2).

Thereafter, on August 6, 2018, the court granted the government an extension of time to, and including, February 28, 2019, to complete its review. (ECF No. 696). As of the date of this order, no additional filings have been made by the parties as to this issue on remand.

1 | Accordingly, the court hereby orders the government to file, within twenty-one (21) days
2 | from the date of this order, a status report informing the court of the government's progress in
3 | reviewing the evidence on the forfeiture issue.
4 | Accordingly,
5 | IT IS ORDERED THAT the government shall file, within twenty-one (21) days from the
6 | date of this order, a status report informing the court of the government's progress in reviewing
7 | the evidence on the forfeiture issue.
8 | IT IS SO ORDERED.
9 | DATED THIS 17th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2