UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-64 JCM (GWF) |
| Plaintiff(s), | **ORDER** |
| v. | |
| STEVEN GRIMM, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Grimm et al*, case no. 2:08-cr-00064-JCM-GWF.

On April 2, 2019, the court entered an order directing attorneys Douglas Mitchell ("Mitchell) and Robert Wallach ("Wallach") to provide the government, within sixty (60) days from the date of the order, with "affidavits or declarations addressing the allegations of ineffective assistance of counsel raised" by defendant Eve Mazzarella's § 2255 motion. (ECF No. 730).

On June 6, 2019, the court granted Mitchell and Wallach's motion to extend time to file their affidavits until August 5, 2019. (ECF No. 738). Thereafter, on July 30, 2019, Mitchell and Wallach filed another motion to extend time to file their affidavits, which the court now considers. (ECF No. 743).

Mitchell and Wallach are requesting that the court extend the deadline to file their affidavits until August 19, 2019. *Id.* Mitchell and Wallach cite work-related international travel and other case-related obligations as the reasons for their requested extension. Good cause appearing, the court will grant Mitchell and Wallach's motion to extend time. (ECF No. 743). Accordingly, Mitchell and Wallach shall have until August 19, 2019, to submit their affidavits.

**James C. Mahan**
**U.S. District Judge**

However, Mitchell and Wallach are advised that no further extensions of time will be granted. Failure to submit the affidavits by August 19, 2019, may result in sanctions.

Accordingly,

IT IS ORDERED that Mitchell and Wallach's motion to extend time (ECF No. 743) be, and the same hereby is, GRANTED, consistent with the foregoing.

DATED August 2, 2019.

                                              UNITED STATES DISTRICT JUDGE