# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

EVE MAZZARELLA

Defendant.

JUDGMENT

Case Number: 2:08-cr-00064-JCM-GWF

(Related case: 2:18-cv-01887-JCM )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying as Moot the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States.

10/21/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk