# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>EVE E. MAZZARELLA,<br><br>Defendant(s). | Case No. 2:08-CR-64 JCM (EJY)<br><br>ORDER |

Presently before the court is the government's unopposed motion to extend its deadline to file motions regarding forfeiture or to settle this matter. (ECF No. 904). The government represents that defendant does not object to this motion.

This is the twelfth request the government has made as to this deadline. The original motions/settlement deadline was in August 2018. (ECF No. 694). The court understands that this case involves an extensive amount of financial records and is sympathetic to the complex negotiations necessary to resolve a case like this. However, the court also cannot continue to extend these deadlines indefinitely. At some point, this protracted prosecution must end. Thus, the court will grant this requested extension, but it will be the final extension absent a motion and showing of good cause.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's twelfth unopposed motion to extend (ECF No. 904) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall either settle this matter, or the government shall file its forfeiture motions on or before November 1, 2023.

DATED July 28, 2023.

_____
UNITED STATES DISTRICT JUDGE